UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KELLY SULLIVAN,

                Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

CASE NO. 2:20-cv-00451-BAT

**ORDER OF REMAND**

Based on the parties' stipulated motion to remand, it is **ORDERED** that the case shall be remanded under sentence four of 42 U.S.C. § 405(g). Upon remand, the Appeals Council will instruct the Administrative Law Judge to further develop the record and evaluate new evidence submitted by the claimant; reevaluate the medical opinion evidence; reevaluate the claimant's residual functional capacity; give the claimant an opportunity for a hearing; and issue a new decision. Upon proper presentation, Plaintiff will be entitled to attorneys' fees under the Equal Access to Justice Act, 28 U.S.C. §2412 et seq.

DATED this 15th day of December, 2020.

                              BRIAN A. TSUCHIDA
                              Chief United States Magistrate Judge

ORDER OF REMAND - 1